**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Miguel A.F.,                                          Civil No. 26-686 (DWF/DJF)

       Petitioner,

v.                                                   **ORDER FOR DISMISSAL**
                                                     **WITHOUT PREJUDICE**

Kristi Noem, *Secretary, U.S. Department*
*of Homeland Security, in their official*
*capacities*; U.S. Department of Homeland
Security; Pamela Bondi, *U.S. Attorney*
*General, in their official capacities*;
Todd M. Lyons, *in their official*
*capacities*; U.S. Immigration and Customs
Enforcement,

       Respondents.

Based upon the Stipulation to Vacate and for Dismissal Without Prejudice filed by the parties on February 3, 2026, (Doc. No. [10]),

**IT IS HEREBY ORDERED** that this matter is **VACATED AND DISMISSED WITHOUT PREJUDICE** and judgment will be entered.  Each party shall bear their own costs, disbursements, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 4, 2026              s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge