# UNITED STATES DISTRICT COURT
## District of Minnesota

Miguel Aguilar Flores,

Petitioner,

v.

Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, Todd M. Lyons, and U.S. Immigration and Customs Enforcement,

Respondents,

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00686-DWF-DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **VACATED AND DISMISSED WITHOUT PREJUDICE** and judgment will be entered. Each party shall bear their own costs, disbursements, and attorneys' fees.

Date: 2/4/2026

KATE M. FOGARTY, CLERK